IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. |
| TERRANCE DEWITT TOLIVER | § § | |

**INDICTMENT**          2 0 CR 0 2 8

The United States Grand Jury charges:

**COUNT 1**
(Delay or Destruction of Mail by a Postal Employee)

From on or about August 19, 2019 to November 7, 2019 within the Houston Division of the Southern District of Texas,

**TERRANCE DEWITT TOLIVER,**

defendant herein, being a United States Postal Service officer or employee, did unlawfully secrete, destroy, detain, delay and open mail matter, which came into his possession, entrusted to him, and intended to be conveyed and delivered by mail through the United States Postal Service.

In violation of Title 18, United States Code, Section 1703(a).

**COUNT 2**
(Theft of Mail by Postal Employee)

From on or about August 19, 2019 to November 7, 2019 within the Houston Division of the Southern District of Texas,

**TERRANCE DEWITT TOLIVER,**

defendant herein, being a United States Postal Service officer or employee, did unlawfully remove and steal mail matter, which came into his possession, entrusted to him, and intended to be

conveyed and delivered by mail through the United States Postal Service.

In violation of Title 18, United States Code, Section 1709.

A TRUE BILL

Original Signature on file

Ryan K. Patrick
United States Attorney

By: *[signature]*
Joe Porto
Assistant United States Attorney
(713) 567-9346